1022

UNITED STATES of America v. Homer Cuba REEVES.

No. 6239.

Circuit Court of Appeals, Sixth Circuit.
April 14, 1933.

A. V. McLane, U. S. Atty., of Nashville, Tenn., and Wilbur C. Pickett, of Washington, D. C., for appellant.

Keith, Bohannon, of Cookeville, Tenn., for appellee.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.

*UNITED STATES of America ex rel. Salvatore BOUCINO, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 402.

Circuit Court of Appeals, Second Circuit.
April 17, 1933.

Isaac Allen, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Maurice De Koven, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America ex rel. CHIN CHEUNG NAI, Next Friend of Wong Bak Sun, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 342.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

James C. Thomas, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order [55 F.(2d) 360] affirmed.

UNITED STATES FIDELITY & GUARANTY CO., Appellant, v. METROPOLITAN NATIONAL BANK.

No. 9687.

Circuit Court of Appeals, Eighth Circuit.
Feb. 7, 1933.

For opinion below, see 1 F. Supp. 514.

Cobb, Hoke, Benson, Krause & Faegre, of Minneapolis, Minn., for appellant.

Junell, Driscoll, Fletcher, Dorsey & Barker, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.